IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY YARGEAU, on behalf of herself and all others so similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, FEDERAL HOUSING FINANCE AGENCY, WELLS FARGO BANK, N.A.,<br><br>Defendants. | Civil Action No. 4:21-cv-40033-TSH |

DEFENDANT WELLS FARGO BANK, N.A.'S
MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") moves to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), the Class Action Complaint (the "Complaint") [Doc. No. 1] filed by Plaintiff Kimberly Yargeau ("Plaintiff") for failure to state a claim upon which relief may be granted. In support, Wells Fargo refers to and relies upon the memorandum of law submitted herewith. In addition to the arguments set forth in this memorandum, Wells Fargo adopts and incorporates by reference the arguments made by co-defendants Federal Housing Finance Agency ("FHFA") and Federal National Mortgage Association ("Fannie Mae") in support of their separately filed motions to dismiss the Complaint.

Wherefore, Wells Fargo respectfully prays that this Court (1) grant this motion, (2) dismiss the Complaint with prejudice and without leave to amend pursuant to Fed. R. Civ. P. 12(b)(6), (3) enter judgment for Wells Fargo and against Plaintiff, and (4) grant any other and further relief that it Court deems just and proper.

                                                Respectfully submitted,
                                                Wells Fargo Bank, N.A.,
                                                by its attorneys,

                                                */s/ Sean R. Higgins*
                                                Jeffrey S. Patterson (BBO# 671383)
                                                jeffrey.patterson@klgates.com
                                                Sean R. Higgins (BBO# 659105)
                                                sean.higgins@klgates.com
                                                K&L Gates LLP
                                                State Street Financial Center
                                                One Lincoln Street
                                                Boston, MA 02111
                                                (617) 261-3100
Dated:  November 15, 2021              (617) 261 3175 (f)

## CERTIFICATE OF SERVICE

     I, Sean R. Higgins, certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those identified as non-registered participants on this day, November 15, 2021.

                                                */s/ Sean R. Higgins*