UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**Yargeau,**
        Plaintiff,

                      CIVIL ACTION
    v.                    NO. 21-40033-TSH

**Federal National Mortgage Association, et al.,**
        Defendants,


ORDER OF DISMISSAL

HILLMAN, D.J.


In accordance with the Court's approval of the Report and Recommendations entered on 8/31/22, granting the defendants' motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


                                            By the Court,


   8/31/22                           /s/ Martin Castles
    Date                            Deputy Clerk
                                   508-929-9904